No. 40109.—Protest 823207–G of Littlejohn & Co., Inc. (New York).

Opinion by CLINE, J. The cases in which gambier from Singapore was packed were marked "Malayan Peninsular." The Malayan Peninsula contains three separate countries. As the statute provides that imported merchandise shall be marked to indicate the "country of origin" it was held that the merchandise in this case was not sufficiently marked and the protest was overruled. Abstract 31820 followed.

No. 40110.—Protest 951810–G of Wolf Greenspan & Son (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.

No. 40111.—Protests 933897–G, etc., of J. Wallworth's Sons (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 36301 the claim for free entry under paragraph 1750 was sustained.

No. 40112.—Protest 951146–G of R. T. French Co. (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 laurel leaves were held free of duty under paragraph 1722 as claimed.

No. 40113.—Protests 931018–G, etc., of Eastern Grain Elevator Corp. et al. (Buffalo).

Opinion by EVANS, J. On the records presented the protests were overruled.

No. 40114.—Protests 818554–G, etc., of Minnesota Pillsbury Flour Mills Co. (Buffalo).

Opinion by EVANS, J. On the record presented the protests were overruled.